UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:13-CR-119 RLM |
| ) | |
| SILVINO ALONSO-PINEDA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 14, 2014. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Silvino Alonso-Pineda's plea of guilty, and FINDS the defendant guilty of Counts 5 and 6 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 8 U.S.C. § 1326(a) and (b)(2).

SO ORDERED.

ENTERED:   January 30, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court